IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KELECHI S. OKERE, § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL CASE NO. 3:19-CV-2318-X-BK |
| § | |
| DALLAS COUNTY DEMOCRATIC § | |
| PARTY, § | |
| Defendant. § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONOF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS ORDERED that this action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with a court order and for want of prosecution. *See* FED. R. CIV. P. 41(b).

The Court prospectively **CERTIFIES** that any appeal of this action would not be taken in good faith.[1] In support of this certification, the Court adopts and incorporates by reference the Magistrate Judge's Findings, Conclusions, and

---

[1] *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3).

Recommendation.² Based on the Findings and Recommendation, the Court finds that any appeal of this action would present no legal point of arguable merit and would, therefore, be frivolous.³ In the event of an appeal, Plaintiff may challenge this certification by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of the Court, U.S. Court of Appeals for the Fifth Circuit.⁴

**SO ORDERED** this 1st day of June, 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

² *See Baugh v. Taylor*, 117 F.3d 197, 202 and n.21 (5th Cir. 1997).
³ *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983).
⁴ *See Baugh*, 117 F.3d at 202; Fed. R. App. P. 24(a)(5).